AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-00014

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Forson Holdings (CNMI), LLC.
was received by me on *(date)* Nov. 09, 2020.

☒ I personally served the summons on the individual at *(place)* Cafe 670 in Garapan, Saipan on *(date)* Nov. 11, 2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tao Xing, who is designated by law to accept service of process on behalf of *(name of organization)* Forson Holdings (CNMI) LLC on *(date)* Nov. 11, 2020 or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 25.00 for services, for a total of $ 25 0.00 .

I declare under penalty of perjury that this information is true.

Date: Nov. 12, 2020

*Server signature*

Norman Rosiang, Process Server
*Printed name and title*

Dendan St. As-Gonu, Saipan, CNMI
*Server's address*

Additional information regarding attempted service, etc: