AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-00014

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This First Amended Complaint for *(name of individual and title, if any)* **Tao Xing (registered Agent: Forson Holding (CNMI, LLC**
was received by me on *(date)* **April 19, 2021**

☑ I personally served the First Amended Complaint on the individual at *(place)* **the Toy Store** **located in Gualo Rai, Saipan** on *(date)* **April 20, 2021** or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ **$35.00** for travel and $ _____ for services, for a total of $ **$35.00** ~~0.00~~.

I declare under penalty of perjury that this information is true.

Date: **April 21, 2021**

_____
Server's signature

**Norman Alvin S. Resiang**
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: