AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

F I L E D
Clerk
District Court

FEB 18 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

| UNICORN CORPORATION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:20-cv-00014 |
| FORSON HOLDINGS (CNMI), LLC | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   It is ORDERED Default Judgment in favor of Plaintiff Unicorn Corporation and against Defendant Forson Holdings (CNMI), LLC in the amount of $1,712,082, plus the applicable federal interest rate for post judgment interest on the date of this order, to wit 0.98%, plus attorney's fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Ramona V. Manglona   on a motion for
Entry of Default Judgment against Defendant Forson Holdings (CNMI), LLC (ECF 32).

Date:   2/18/2022

*CLERK OF COURT*

**HEATHER L. KENNEDY**

*Signature of Clerk or Deputy Clerk*